1  GARRY COHEN [CA SBN 177859]
   GRATHWOHL, RAUCH & COHEN, PC
2  100 Marine Parkway, Suite 305
   Redwood City, California 94065
3  Telephone: (650) 592-8600
   Facsimile: (650) 592-2019
4  Email: garry@grc-law.com

5  Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VERN WRIGHT, JUNE WRIGHT and
SUPERANTENNA CORPORATION,

            Plaintiffs,

vs.

MICHAEL BLOOM aka HUGH TURNBULL, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, SINOTECH INTERNATIONAL TRADE (TIANJIN) COMPANY, LTD., MARTIN LYNCH & SONS LTD., DIFONA COMMUNICATION GMBH, DIFONA USA, LLC. aka SURPLUS TRADING CORPORATION, BULLIVANT HOUSER BAILEY PC, JERRY CARLETON, and DOES 1-10,

            Defendants.

Civil Action No. CV 12 0746 – LB

**REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**

    Plaintiffs hereby request that the Initial Case Management Conference, currently calendared for July 5, 2012 be continued to August 30, 2012 on the grounds that the defendants to the action were just recently served and two of the defendants, so far, have requested a 30 day extension to respond to the first amended complaint.

Respectfully Submitted,

Dated: 5/30/12

                                            Garry Cohen
                                            Attorney for Plaintiffs

00065637.WPD

1 | [~~PROPOSED~~] ORDER
---|---

at 10:30 a.m.

The Initial Case Management Conference is continued to August 30, 2012 and all other deadlines are continued accordingly. IT IS SO ORDERED. A Joint Case Management Conference Statement due by 8/23/2012.

Dated: May 31, 2012

_____
UNITED STATES MAGISTRATE JUDGE

00065637.WPD

Req to Continue– CV12 0746