**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERN WRIGHT and JUNE WRIGHT,

    Plaintiffs,

  v.

MICHAEL BLOOM aka HUGH TURNBULL, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, SINOTECH INTERNATIONAL TRADE (TIANJIN) COMPANY, LTD., BULLIVANT HOUSER BAILEY PC, JERRY CARLETON, and DOES 1–10,

    Defendants.
    /

No. C 12-00746 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference, currently set for August 9, 2012, to **SEPTEMBER 20, 2012, AT 8:00 A.M.**, immediately following hearing on defendant's motion to dismiss. Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: August 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE