IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT, and SUPERANTENNA CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BLOOM aka HUGH TURNBULL, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, SINOTECH INTERNATIONAL TRADE (TIANJIN) COMPANY, LTD., MARTIN LYNCH & SONS LTD., DIFONA COMMUNICATION GMBH, DIFONA USA, LLC, aka SURPLUS TRADING CORPORATION, BULLIVANT HOUSER BAILEY PC, JERRY CARLETON, and DOES 1-10,<br><br>Defendants.<br>_____/ | No. C 12-00746 WHA<br><br>**NOTICE RE AMATEUR RADIO STATUS OF ASSIGNED JUDGE** |

This being a civil action involving ham radio products, counsel and the parties are hereby notified that the assigned judge (William Alsup) holds an amateur radio license number N6XMW, an extra class license, and has a working knowledge of antennas and their construction. The assigned judge has little or no first-hand knowledge of the parties or the products involved. Any motion to recuse or disqualify based on these circumstances must be filed by September 27, 2012 and, if filed, will be assigned to another judge for resolution. Meanwhile, all deadlines and disclosures must remain in place.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE