IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERN WRIGHT, JUNE WRIGHT, and
SUPERANTENNA CORPORATION,

    Plaintiffs,

  v.

MICHAEL BLOOM, JAIMEE BLOOM,
KINGSBRIDGE CORPORATION,
OFFSHORE SOLUTIONS, INC.,
SINOTECH CORPORATION, DIFONA
COMMUNICATION GMBH,
BULLIVANT HOUSER BAILEY PC, and
DOES 1–10,

    Defendants.

No. C 12-00746 WHA

**ORDER RE DEFENDANT
DIFONA GMBH'S MOTION TO
DISMISS**

In light of plaintiffs' filing of their second amended complaint (Dkt. No. 74), which contains additional allegations against defendant Difona GmbH, defendant's motion to dismiss the first amended complaint for lack of personal jurisdiction and insufficient service of process will be **HELD IN ABEYANCE**. Difona may file a new motion to dismiss the second amended complaint. Difona's motion is due by **NOON ON OCTOBER 22, 2012**. Plaintiffs may file an opposition, due by **NOON ON NOVEMBER 5**. A reply, if any, must be filed by **NOON ON NOVEMBER 12**. Defendant's motion will be set for hearing on **NOVEMBER 29**. The parties are reminded that any declarations or affidavits must be sworn under penalty of perjury under the laws of the United States of America in accordance with the applicable rules and statutes.

    **IT IS SO ORDERED.**

Dated: October 5, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE