IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT, and SUPERANTENNA CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL BLOOM, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, DIFONA COMMUNICATION GMBH, BULLIVANT HOUSER BAILEY PC, and DOES 1–10,<br><br>    Defendants.<br>                                                              / | No. C 12-00746 WHA<br><br><br>**ORDER RE MOTION TO WITHDRAW** |

Counsel for Difona Communication GMBH's motion to withdraw as counsel is currently pending and is set for hearing on May 23 (Dkt. No. 109). As indicated by Docket Number 115, it appears that this action has settled and the settlement terms have been placed on the record. It would be a waste of resources to hold a hearing on the pending motion. Counsel is therefore urged to file a stipulation of dismissal in accord with the settlement no later than **MAY 14, 2013**. If none is filed by that time, the hearing shall go forward as scheduled.

**IT IS SO ORDERED.**

Dated: May 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE