Case3:12-cv-00746-WHA   Document119   Filed05/10/13   Page1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT, and SUPERANTENNA CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHAEL BLOOM, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, DIFONA COMMUNICATION GMBH, BULLIVANT HOUSER BAILEY PC, and DOES 1–10,<br><br>   Defendants.<br>                                                                    / | No. C 12-00746 WHA<br><br>**SECOND ORDER RE MOTION TO WITHDRAW** |

Counsel for Difona Communication GMBH's motion to withdraw as counsel is currently pending and is set for hearing on May 23 (Dkt. No. 109). The hearing on the motion will go forward as scheduled. Counsel for Difona must make sure that Difona itself is aware of the pending motion and is further aware that it has the right to appear and to be heard at the hearing. Difona has appeared in this action via the filing of its answer. If Difona's current counsel were allowed to withdraw following the hearing (not a foregone conclusion), Difona's continued litigation in this action could only proceed through substituted counsel.

**IT IS SO ORDERED.**

Dated: May 10, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE