IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERN WRIGHT, JUNE WRIGHT, and
SUPERANTENNA CORPORATION,

    Plaintiffs,

  v.

MICHAEL BLOOM, JAIMEE BLOOM,
KINGSBRIDGE CORPORATION, OFFSHORE
SOLUTIONS, INC., SINOTECH
CORPORATION, DIFONA
COMMUNICATION GMBH, BULLIVANT
HOUSER BAILEY PC, and DOES 1–10,

    Defendants.

No. C 12-00746 WHA

**ORDER DENYING MOTION TO WITHDRAW AND REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT**

For the reasons stated at today's hearing, counsel for Difona Communication GMBH's motion to withdraw as counsel is **DENIED**. Plaintiffs and Difona are referred to Magistrate Judge Paul Grewal for a further settlement conference within two weeks, or as Judge Grewal's schedule permits.

**IT IS SO ORDERED.**

Dated: May 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE