| | |
|---|---|
| 1 | GARRY COHEN [CA SBN 177859] |
| | GRATHWOHL, RAUCH & COHEN, PC |
| 2 | 100 Marine Parkway, Suite 305 |
| | Redwood City, California 94065 |
| 3 | Telephone: (650) 592-8600 |
| | Facsimile: (650) 592-2019 |
| 4 | Email: garry@grc-law.com |
| 5 | Attorneys for Plaintiffs |

**DENIED**
Paul S. Grewal
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT and SUPERANTENNA CORPORATION, | Case No. CV 12 0746 - WA |
| Plaintiffs, | |
| vs. | |
| MICHAEL BLOOM, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, DIFONA COMMUNICATION GMBH, BULLIVANT HOUSER BAILEY PC, and DOES 1-10, | **PLAINTIFFS VERN WRIGHT, JUNE WRIGHT, SUPERANTENNA CORPORATION'S [PROPOSED] ORDER GRANTING CONTINUANCE** |
| Defendants. | |
| MICHAEL BLOOM, JAIMEE BLOOM and KINGSBRIDGE CORPORATION, | |
| Third Party Plaintiffs, | |
| vs. | |
| JESSICA STEVENS and BONNIE CRYSTAL, | |
| Third Party Defendants. | |

{P-REQUEST FOR CONTINUANCE.DOC}PLAINTIFFS VERN WRIGHT, JUNE WRIGHT AND SUPERANTENNA CORPORATION'S
REQUEST FOR CONTINUANCE
CASE NO. CV 12 0746 - WA

1

1  PLAINTIFFS request that the settlement hearing scheduled for May 29, 2013 at 10:00 a.m.
2  be continued to May 29, 2013 at **1:00 p.m.** is granted.
3
4  Dated: May 28, 2013
5
6
7
8
   [Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — DENIED — Paul S. Grewal — Judge Paul S. Grewal]

   Hon. Judge of the United States District Court
   for the Northern District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

{P-REQUEST FOR CONTINUANCE.DOC}PLAINTIFFS VERN WRIGHT, JUNE WRIGHT AND SUPERANTENNA CORPORATION'S
REQUEST FOR CONTINUANCE
CASE NO. CV 12 0746 - WA

2