UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERN WRIGHT, et al, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL BLOOM, et al, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 12-0746 WHA<br><br>**ORDER RE: DIFONA'S FAILURE TO APPEAR AT SETTLEMENT CONFERENCES** |

Earlier today, the undersigned convened a settlement conference to resolve the outstanding claims involving Difona Communications GMBH ("Difona"). This conference was set at the direction of the presiding judge. In advance of this conference, the undersigned ordered Difona and its counsel to participate by attending the conference in person. Unfortunately, while Difona's counsel complied with this order, Difona did not.

This is not the first time Difona has violated this court's order to appear at a settlement conference. On April 26, 2013, the court convened a settlement conference in this case, but as it did today, Difona elected to violate the court's order to send a representative.

Difona's refusal to follow court orders has consumed valuable court time and resources that would have otherwise been directed to others seeking relief from this institution. Equally important, Difona has disrespected the time and resources of the other parties in this case who

1

Case No.: 12-0746
ORDER

complied with their obligation to appear.  So that the presiding judge may consider what remedies are appropriate to deal with Difona's intransigence, its counsel shall file a sworn declaration detailing its efforts to inform Difona of its obligation to appear at the settlement conferences scheduled by the court. The declaration shall outline the who, what, when, where and why of all this and clearly describe any justification or excuse Difona has provided for its actions – or lack thereof.  Counsel shall file this declaration no later than May 31, 2013 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated:  May 29, 2013

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 12-0746
ORDER

2