**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT, and SUPERANTENNA CORPORATION,<br><br>   Plaintiffs,<br><br>  v.<br><br>MICHAEL BLOOM, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, DIFONA COMMUNICATION GMBH, BULLIVANT HOUSER BAILEY PC, and DOES 1–10,<br><br>   Defendants.<br>                                                               / | No. C 12-00746 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND RESETTING HEARING RE MOTION FOR DEFAULT JUDGMENT AGAINST DIFONA COMMUNICATION GMBH** |

With the exception of plaintiffs' claims against defendant Difona Communication GMBH, the parties have settled this action and all claims and counterclaims have been dismissed. By order dated June 11, counsel for Difona's motion to withdraw and counsel was granted (Dkt. No. 131). Counsel for Difona were ordered to promptly give notice to Difona that existing counsel had been allowed to withdraw and to have new counsel appear for Difona by July 8, 2013. They were also required to inform Difona that failure to do so would likely result in default being entered against Difona. The order further stated that, as soon as the July 8 deadline has passed, if new counsel had not appeared for Difona, plaintiffs could make a motion for default judgment by July 18, 2013.

No counsel appeared for Difona. On July 18, plaintiffs filed a motion for default judgment against Difona. Contrary to the local rules, however, plaintiffs failed to notice the motion hearing for a date at least 35 days out on the undersigned judge's civil law and motion calendar. Plaintiffs' counsel later renoticed the motion for August 27, a date on which the Court is unavailable. Accordingly, the following schedule is hereby set: defendant Difona's opposition or statement of non-opposition is due by August 2. Plaintiffs' reply, if any, is due by August 9. The hearing on the motion for default judgment is hereby set for **AUGUST 22 AT 8:00 A.M.**

Plaintiffs' counsel must serve this order forthwith on Difona and Difona's previous counsel, who shall forward the order via email to Difona.

**IT IS SO ORDERED.**

Dated: July 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE