IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT, and SUPERANTENNA CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL BLOOM, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, DIFONA COMMUNICATION GMBH, BULLIVANT HOUSER BAILEY PC, and DOES 1–10,<br><br>　　　　Defendants.<br>　／ | No. C 12-00746 WHA<br><br>**ORDER REQUESTING FURTHER SUBMISSIONS RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The Court is reviewing plaintiffs' motion for default judgment against defendant Difona Communications GmbH. As counsel should be aware, there have been prior settlements in this case with other defendants. Counsel for plaintiffs have neglected to explain what those settlements were and the extent to which, at all, Difona should be given credit or setoff for those settlements. Plaintiffs must file a supplemental brief and declaration(s) addressing this issue, due by **AUGUST 21 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: August 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE