IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN WRIGHT, JUNE WRIGHT, and SUPERANTENNA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BLOOM, JAIMEE BLOOM, KINGSBRIDGE CORPORATION, OFFSHORE SOLUTIONS, INC., SINOTECH CORPORATION, DIFONA COMMUNICATION GMBH, BULLIVANT HOUSER BAILEY PC, and DOES 1–10,<br><br>Defendants. | No. C 12-00746 WHA<br><br>**DEFAULT JUDGMENT** |

For the reasons stated in the accompanying order granting in part plaintiffs' motion for default judgment, **DEFAULT JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant Difona Communication GmbH in the amount of $70,000. Difona is hereby enjoined from holding itself out as in any way affiliated with SuperAntenna Corporation, Vern Wright, or June Wright and is further enjoined from selling, distributing, or promoting any antennas or accessories under the name of Super Antenna, SuperAntenna, or "MP-1."

**THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE